AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

RUBY HOWARD SHIRAH
6461 STATE HIGHWAY 85
CHANCELLOR, AL 36316

**WARRANT FOR ARREST**

Case Number:  1:05CR148-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**RUBY HOWARD SHIRAH**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Sell or Distribute a Controlled Substance

Aiding and Abetting

in violation of Title _____21 &18_____ United States Code, Section(s) _____841, 846 and 2_____

DEBRA P. HACKETT
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

JUNE 30, 2005
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |