IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 1:05cr148-F |
| ) | |
| RUBY HOWARD SHIRAH ) | |
| ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, *Ruby Shirah*, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_7-8-05_
DATE

_[signature]_
DEFENDANT

_7/8/05_
DATE

_[signature]_
ATTORNEY FOR DEFENDANT