COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☒ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: July 8, 2005

Digital Recording 3:41 to 4:15 pm

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NO. 1:05cr148-F               DEFT. NAME: Ruby Howard SHIRAH
AUSA: Hardwick                     DEFT. ATTY: Illman
                                   Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
                                   Appt.
PTSO: Thweatt/Martin/Conoly
USPO:
Defendant _____ does ___✓___ does NOT need an interpreter
Interpreter present ___✓___ NO _____ YES  Name: _____

---

✓ Date of Arrest 7-8-05 or ☐ Arrest Rule 40
✓ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
✓ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐ held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
✓ Release order entered. Deft advised of conditions of release
✓ BOND EXECUTED (M/D AL charges) $ _____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
✓ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
✓ ARRAIGNMENT ✓ HELD. Plea of NOT GUILTY entered. ☐ Set for _____
  DISCOVERY DISCLOSURE DATE: 7-8-05
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed