IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-CR-148-F |
| | ) | |
| **RUBY HOWARD SHIRAH** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **RUBY HOWARD SHIRAH**, in the above-styled matter.

Dated this 18th day of July 2005.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　s/Christine A. Freeman
　　　　　　　　　　　　　　　　　　　　**CHRISTINE A. FREEMAN**
　　　　　　　　　　　　　　　　　　　　**TN BAR NO.: 11892**
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Federal Defenders
　　　　　　　　　　　　　　　　　　　　Middle District of Alabama
　　　　　　　　　　　　　　　　　　　　201 Monroe Street , Suite 407
　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36104
　　　　　　　　　　　　　　　　　　　　TEL:  (334) 834-2099
　　　　　　　　　　　　　　　　　　　　FAX:  (334) 834-0353
　　　　　　　　　　　　　　　　　　　　E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tommie Brown Hardwick, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org