IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR148-F |
| | ) | |
| RUBY HOWARD SHIRAH | ) | |

## **ORDER**

Upon consideration of the motion to withdraw and appointment of CJA panel attorney (doc. # 23) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and that panel attorney Don Jones, Esq. be and is hereby appointed to represent the defendant for all further proceedings.

Done this 5th day of August, 2005.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE