**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:05-CR-148-F** |
| | ) | |
| **RUBY HOWARD SHIRAH** | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
**AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to withdraw as counsel of record and for appointment of a CJA panel attorney on behalf of Defendant Ruby Howard Shirah ("Ms. Shirah"). In support of this Motion, counsel states the following:

1. On July 8, 2005, the Federal Defender Office was appointed to represent Ms. Shirah with respect to the criminal charges she faces in the above-styled case. Undersigned counsel filed a Notice of Appearance in this case on July 28, 2005.

2. Undersigned counsel has discovered that a conflict exists between attorney and client that requires the undersigned counsel to withdraw from further representation of Ms. Shirah. This matter has been discussed with Ms. Shirah and she understands the ramifications of the conflict and agrees that undersigned counsel cannot continue to represent her.

3. On behalf of Ms. Shirah, undersigned counsel requests that CJA panel attorney Don Jones be appointed to represent her in all further proceedings in this case. Ms. Shirah

will not be prejudiced by such a change in counsel at this time.

**WHEREFORE**, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Ms. Shirah and that Don Jones be appointed to represent her.

Dated this 5th day of August 2005.

> **s/Christine A. Freeman**
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Attorney for Defendant
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street , Suite 407
> Montgomery, AL 36104
> TEL:  (334) 834-2099
> FAX:  (334) 834-0353
> E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:05-CR-148-F** |
| ) | |
| **RUBY HOWARD SHIRAH** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org