**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **V.** | * | **CR NO: 1:05CR-148-F** |
| | * | |
| **RUBY HOWARD SHIRAH,** | * | |

## NOTICE OF APPERANCE

**COMES NOW**, the undersigned attorney and places this Honorable Court on notice that he will be representing Defendant, Ruby Howard Shirah, in the above-styled cause.

**RESPECTFULLY** submitted this the 8th day of August, 2005.

David J. Harrison, HAR149
Attorney for Defendant
P.O. Box 994
Geneva, Alabama 36340
(334) 684-8729