IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR148-F |
| | ) | |
| RUBY HOWARD SHIRAH | ) | |

**ORDER**

Upon consideration of the motion to withdraw as counsel of record and for appointment of a CJA panel attorney filed by Christine A. Freeman (doc. # 25) on behalf of the defendant, it is

ORDERED that the motion to withdraw be and is hereby GRANTED. It is further

ORDERED that the motion to appoint a panel attorney be and is hereby DENIED as moot. On August 5, 2005, the court appointed CJA panel attorney Don Jones to represent the defendant. *See* Doc. # 24.

Done this 8th day of August, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE