| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form    PSN 2 |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:05cr148-F |
|---|---|
| DEFENDANT<br>RUBY HOWARD SHIRAH d/b/a BENT CAN GROCERY and BELLWOOD GROCERY, and ANTHONY CHARLES BROWN | TYPE OF PROCESS<br>LIS PENDENS (Bellwood Grocery) |

| SERVE<br>►<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>GENEVA COUNTY JUDGE OF PROBATE |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>200 NORTH COMMERCE STREET - GENEVA, ALABAMA 36340 |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case:

Check for service on U.S.A.

2005 JUL -7 PM 2:34

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Geneva Co. Judge of Probate
P.O. Box 430
Geneva, AL 36340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   *Margaret Mixon*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Margaret Mixon            7/13/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7001 1140 0001 8579 5854

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985

TELEPHONE NUMBER: (334) 223-7280    DATE: JULY 7, 2005

Authorized USMS Deputy or Clerk: *Owens*    Date: 7/7/05

---

RETURNED AND FILED
AUG - 1 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| | Date of Service: 7/13/05    Time: 2:0 pm |
| | Signature of U.S. Marshal or Deputy<br>*Karen A. Chavers* |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | | | | |

REMARKS:
7/8/05  C.M. # 7001 1140 0001 8579 5854
7/11/05 received green card signed "Margaret Mixon"
7/13/05 recorded BK 543 PG 274

PRIOR EDITIONS MAY BE USED    FORM USM 285 (Rev. 12/15/80)