IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| V. | * | CR NO: 1:05CR-148-F |
| | * | |
| RUBY HOWARD SHIRAH, | * | |

### AMENDED NOTICE OF APPEARANCE

**COMES NOW**, the undersigned attorney and places this Honorable Court on notice that he will be representing Defendant, Ruby Howard Shirah, in the above-styled cause.

**RESPECTFULLY** submitted this the 16th day of August, 2005.

/s/ David J. Harrison, HAR149
David J. Harrison
Attorney for Defendant
P.O. Box 994
Geneva, Alabama 36340
(334) 684-8729

### CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2005, I electronically filed the foregoing Amended Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Honorable John T. Harmon and Honorable Tommie Brown Hardwick.

/s/ David J. Harrison, HAR149