IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| V. | ) | CASE NO: 1:05CR148-F |
| RUBY HOWARD SHIRAH, | ) | |

**MOTION TO WITHDRAW**

Comes Now, the undersigned attorney and files this Motion to Withdraw as counsel for Ruby Howard Shirah as she has retained other counsel.

/s/ Donald R. Jones, Jr.
Donald R. Jones, Jr.
Donald R. Jones, Jr., P.C.
Alabama State Bar No. ASB-8900-067D
2000 Interstate Park Drive, Ste. 104
Montgomery, AL  36109
Telephone: (334) 277-3939
Facsimile: (334) 277-3772

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David J. Harrison, P.O. Box 994, Geneva, AL 36340, Tommie Brown Hardwick, One Court Square, Suite 201, Montgomery, AL  36104, Russell T. Duraski, 5950 Carmichael Place, Suite 213, Montgomery, AL 36117-2347.

/s/ Donald R. Jones, Jr.
Donald R. Jones, Jr.