IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05cr148-F |
| | ) | |
| RUBY HOWARD SHIRAH | ) | |

**ORDER**

On August 17, 2005, attorney Donald R. Jones filed a motion to withdraw on behalf

of the defendant (doc. # 32), and attorney David J. Harrison filed a notice of appearance on

defendant Shirah's behalf.  Accordingly, it is

ORDERED that attorney Donald Jones' motion to withdraw (doc. # 32) be and is

hereby GRANTED.

Done this 19th day of August, 2005.


                            /s/Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE