| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :** SEPTEMBER 19, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:** 1:07 - 1:07 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>   **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>1:05CR148-F-CSC</u>   **DEFENDANT NAME:** <u>RUBY HOWARD SHIRAH</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. DAVID J. HARRISON |

√   **DISCOVERY STATUS: NONE**

_____
_____

√   **PENDING MOTION STATUS:  NONE**

_____
_____

√   **PLEA STATUS: POSSIBLE PLEA**

_____
_____

√   **TRIAL STATUS: WILL TAKE 3 DAYS FOR TRIAL**

_____
_____

❏   **REMARKS:**

_____
_____