# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 1:05CR148-F |
| ) | |
| RUBY HOWARD SHIRAH ) | |

### PRETRIAL CONFERENCE ORDER

A pretrial conference was held on September 19, 2005 before the undersigned Magistrate Judge. Present at this conference was the Honorable David J. Harrison, counsel for the defendant, and Assistant United States Attorney Tommie Hardwick, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **November 7, 2005**. The trial of this case is set for the trial term commencing on **November 7, 2005** before Chief United States District Judge Mark E. Fuller and is expected to last three trial days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before **October 31, 2005.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **October 31, 2005**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before **October 31, 2005.**

6. The last day on which the court will entertain a plea pursuant to Rule 11(c)(1)(A) or (C) plea is **October 31, 2005.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **November 7, 2005.** The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **November 7, 2005**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 21st day of September, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE