IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 1:05cr00148 |
| v. ) | [21 USC 841(f)(1); |
| ) | 18 USC 2] |
| ) | |
| RUBY HOWARD SHIRAH, d/b/a, ) | |
| BENT CAN GROCERY, and ) | |
| BELLWOOD GROCERY ) | INFORMATION |

The United States Attorney charges:

COUNT 1

Beginning on and about April 10, 2003, and continuing to on or about April 22, 2003, Geneva County, Alabama, within the Middle District of Alabama,

RUBY HOWARD SHIRAH, d/b/a
BENT CAN GROCERY, and
BELLWOOD GROCERY,

defendant herein, while aiding and abetting others known and unknown, in violation of this subchapter, namely, Title 21, United States Code, Section 841(c)(2), did knowingly distribute a listed chemical, to-wit: pseudoephedrine, other than in violation of a record-keeping and reporting requirement of Section 830 of Title 21, all in violation of Title 21, United States Code, Section 841(f)(1), and Title 18, United States Code, Section 2.

_Leura G. Canary_
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_Tommie Brown Hardwick_
TOMMIE BROWN HARDWICK
Assistant United States Attorney