FILED
NOV - 2 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:05CR148-F |
| | ) |
| RUBY HOWARD SHIRAH | ) |
| d/b/a BENT CAN GROCERY, | ) |
| d/b/a BELLWOOD GROCERY | ) |

## CONSENT

I, **Ruby Howard Shirah**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 2nd day of November, 2005

_____
Defendant

_____
Attorney