# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

RUBY HOWARD SHIRAH

WAIVER OF INDICTMENT

CASE NUMBER: 1:05cr148-F

I, ____RUBY HOWARD SHIRAH____, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC § 841(f)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11-2-05__ prosecution by indictment and consent that the
                                   Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer