| | |
|---|---|
| COURTROOM DEPUTY MINUTES DATE: 11/2/05 | FTR RECORDING: 11:28 - 11:40 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN |

❏ ARRAIGNMENT    √ CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:05CR148-F-CSC    **DEFENDANT NAME:** RUBY HOWARD SHIRAH

**AUSA:** TOMMIE HARDWICK    **DEFENDANT ATTY:** DAVID J. HARRISON

Type Counsel: ( ) Waived; (√) Retained; ( ) Panel CJA; ( ) CDO

**USPO:** DAVID CONOLY

Defendant ___ does  √ does NOT need and interpreter.

Interpreter present?  √ NO ___ YES    Name: _____

---

❏    This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏    Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏    **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏    **WAIVER OF INDICTMENT** executed and filed.

❏    **FELONY INFORMATION** filed.

❏    Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere    ❏ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) __1__ of the **Felony Information**

❏ Count(s) _____    ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√    Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏    No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√    **ORAL ORDER** Adjudicating defendant guilty.

√    **ORDER:** Defendant Continued under √ same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____ ; √ Sentencing on _____ ; √ To be set by Separate Order

❏    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.