IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:05-cr-148-MEF |
| ) | |
| RUBY HOWARD SHIRAH ) | |

**ORDER**

Upon consideration of the Motion to Dismiss Indictment with Prejudice (Doc. # 66), it is hereby ORDERED that the motion is GRANTED.

DONE this the 1st day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE