# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 1/31/06 | AT: | 9:25 a.m. |
| DATE COMPLETED: | 1/31/06 | AT: | 9:40 a.m. |

UNITED STATES OF AMERICA          §
vs.                                §          CR. NO. 1:05CR148-F
                                   §
RUBY HOWARD SHIRAH                 §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Hardwick | | David J. Harrison |

COURT OFFICIALS PRESENT:

Meredyth Cohen, Law Clerk                    Jeffrey Lee, USPO
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

9:25 a.m. -   Court convenes.
Government states the terms of the plea agreement to the Court.
Court will follow the terms of the plea agreement and will accept the terms of the plea agreement that have been stated.
Court will GRANT Government's Motion for Reduction for Acceptance of Responsibility, (Doc. #65).
Government states the grounds for filing their Motion for Downward Departure, (Doc. #64).
Court will GRANT Government's Motion for Downward Departure, (Doc. #64).
Court sentences defendant and advises her of her right to an appeal.
Court will allow defendant to self surrender on or before March 14, 2006 at 2:00 p.m..
Government will file Motion to Dismiss Indictment today.

9:40 a.m. -   Court is in recess.