DEFENDANT: **RUBY HOWARD SHIRAH**
CASE NUMBER: 1:05CR148-F

## IMPRISONMENT

RECEIVED
2006 MAR 22 A 10: 50
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Thirty six (36) months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  X  before 2 p.m. on   **March 14, 2006**   .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

RETURNED AND FILED
MAR 2 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on   3/14/06   to FPC Marianna

at _____, with a certified copy of this judgment.

J. Barron, Jr. Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL